No. 02–5477. THOMAS v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 02–5478. TAYLOR v. EZELL ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–5479. JOHNSON v. CAIN, WARDEN. Sup. Ct. La. Certiorari denied.

No. 02–5480. LAJARA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–5481. KAPLAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–5482. BRADFORD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5483. EVANS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–5484. HAYES v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 02–5485. HINTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5486. TOODLE v. BUSH, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–5488. IN RE MARINO PATINO. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 02–5489. DOWLING v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 02–5490. CORELLI v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 02–5491. SOTO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–5492. SHANKS v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.